## Donald B. Dorland, Plaintiff-Appellee, v. Richard E. Steinbrecher, Defendant-Appellant.

**Gen. No. 11,658.** 

Second District, First Division.

March 8, 1963.

Bernard v. Narusis, of Crystal Lake, for appellant. No briefs filed for appellee. Opinion by JUDGE SMITH. Not to be published in full.